**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 5, 2025

**By Email**

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Carl Erik Rinsch*, 25 Cr. 85 (JSR)

Dear Judge Rakoff,

    We write to respectfully request that the Court endorse the attached Order, requiring the United States Marshals Service to furnish Mr. Rinsch with funds to cover the cost of his travel to New York, or otherwise arrange for his transportation to New York by noncustodial means, for his court appearance on August 19, 2025.[1]

    Mr. Rinsch is "financially unable to provide the necessary transportation to appear before the ... court on his own." 18 U.S.C. § 4285. On March 18, 2025, he was appointed counsel based on a CJA-23 financial affidavit submitted in the Central District of California. With no income, his financial situation has not materially changed since then. Accordingly, we ask that the Court endorse the attached Order. The government takes no position on this request. Thank you for considering it.

                                      Respectfully,

                                        /s/
                                      Ariel Werner
                                      Michael Arthus
                                      Neil Kelly
                                      Assistant Federal Defenders
                                      212-417-8770

cc:     AUSAs David Markewitz and Tim Capozzi

---

[1] In a telephone call earlier today, in accordance with the Court's individual rules and without objection from the government, we sought and received leave to file this application.