UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| - v - | : | 25-Cr-85 (JSR) |
| | : | |
| CARL RINSCH, | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the exhibits attached thereto, the undersigned will move this Court, before the Honorable Jed S. Rakoff, in the Southern District of New York, for an Order suppressing the fruits of the search warrants issued for Mr. Rinsch's email account and digital devices, and for any such further relief as this Court may deem just and proper.

Dated: New York, New York
August 18, 2025

                 Respectfully submitted,

                 _____/s/_____

                 Ariel Werner
                 Michael Arthus
                 Neil P. Kelly
                 Federal Defenders of New York
                 52 Duane Street, 10th Floor
                 New York, NY 10007
                 (212) 417-8700