# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA                  :
                                          :
        - v -                             :        **25-Cr-85 (JSR)**
                                          :
CARL ERIK RINSCH,                         :
                                          :
        Defendant.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF CALIFORNIA            )
COUNTY OF LOS ANGELES          )

CARL ERIK RINSCH, being duly sworn, deposes and says:

1. I am the defendant, Carl Erik Rinsch.

2. On March 18, 2025, federal agents entered my home in West Hollywood with a search warrant.

3. On March 18, 2025, federal agents took my electronic devices, including a black iPhone, silver iPhone, silver MacBook pro laptop, black MacBook, silver SanDisk SSD hard drive, Lacie hard drive, and U3 smart thumb drive.

4. From at least August 22, 2017, through July 26, 2022, the email address ███████ belonged to me.

_____
CARL ERIK RINSCH

Dated:  Los Angeles, California
        August 18, 2025