# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ----x
UNITED STATES OF AMERICA                :
                                        :
            - v -                       :       **25-Cr-85 (JSR)**
                                        :
CARL ERIK RINSCH**,**                   :
                                        :
            Defendant.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ----x

STATE OF CALIFORNIA          )
COUNTY OF LOS ANGELES        )

CARL ERIK RINSCH, being duly sworn, deposes and says:

1. I am the defendant, Carl Erik Rinsch.

2. I currently live in Los Angeles County.

3. My principal residence from 2017 to the present was in Los Angeles County. Between 2017 to the present, I have not lived in New York.

4. I do not have a residence in New York. I own no property in New York. I have no family residing in New York.

5. It would be an extreme financial hardship for me to travel to New York or to stay in New York for an extended period of time.

_____
CARL ERIK RINSCH

Dated: Los Angeles, California
       August 18, 2025