

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 25, 2025

**BY ECF**
The Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Carl Rinsch*, 25 Cr. 085 (JSR)

Dear Judge Rakoff:

    Pursuant to the Court's Individual Rule No.7, the Government respectfully proposes the following preliminary instruction for the Court's consideration:

    The defendant in this case has been charged in an Indictment with the crimes of wire fraud, money laundering, and engaging in unlawful monetary transactions. You will be asked to return a verdict on those charges at the end of this trial. I will give you detailed instructions concerning the charges at the close of the case, but for now I want to give you a quick overview to help you assess the evidence.

    More specifically, Count One charges the defendant with wire fraud. The Government alleges in this count that the defendant carried out a scheme to obtain and retain money from Netflix by falsely representing that he would use the money to produce a television show, and then continuing to represent falsely that he was working on the show after receiving the money. The Government alleges that instead, the defendant actually used the money for his own personal benefit.

    Count Two charges the defendant with the money laundering. The Government alleges in this count that the defendant laundered the proceeds of the wire fraud scheme that I just described by engaging in transactions designed to conceal the nature, location, source, ownership, and control of the proceeds of that fraud.

Each of Counts Three through Seven allege that the defendant engaged in a specific unlawful transaction using property that was derived from the charged wire fraud scheme.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: __/s/_____
David Markewitz
Timothy V. Capozzi
Adam Sowlati
Assistant United States Attorneys

cc: Defense counsel (by ECF)