UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v. -

CARL ERIK RINSCH,

Defendant.

Case No. 25-cr-85(JSR)

Notice of Motion

---

**PLEASE TAKE NOTICE,** that upon the annexed Memorandum of Law in Support, and all prior papers and proceedings herein, the defendant, CARL ERIK RINSCH, will move before the Honorable Jed S. Rakoff, United States District Court Judge for the Southern District of New York, at a date and time to be set by the Court for an order granting his motions pursuant to Fed. R. Crim Pro. 29(a) and 33 for a judgment of acquittal or granting a retrial and any such other and further relief as to the Court deems just and proper.

Dated: New York, NY
February 18, 2026

LAW OFFICES OF DANIEL A.
MCGUINNESS, P.C.

By: _____
Daniel A. McGuinness

353 Lexington Ave, Suite 900
New York, NY 10016
(646) 360-0436
dan@legalmcg.com
Counsel for CARL ERIK RINSCH